IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFTON LIGGINS                                                                           PETITIONER

VS.                              CASE NO. 5:04CV00078 JMM

LARRY NORRS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 30th day of September, 2005.


_____
UNITED STATES DISTRICT JUDGE